J. SCOTT BOVITZ (State Bar No. 93548)
bovitz@bovitz-spitzer.com
BOVITZ & SPITZER
880 West First Street, Suite 502
Los Angeles, California 90012-2430
Telephone: (213) 346-8300
Facsimile: (213) 620-1811

ROY J. JIMENEZ (State Bar No. 192089)
TREDWAY, LUMSDAINE & DOYLE, LLP
10841 Paramount Boulevard
Downey, California 90241
Telephone: (562) 923-0971
Facsimile: (562) 869-4607

Attorneys for Arunpal Sehgal, Plaintiff

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:07-bk-21006-SB |
| | Chapter 7 |
| MANMOHAN SINGH BIRING, | |
| | Adv. No. 2:09-ap-01309-SB |
| Debtor. | |
| | |
| ARUNPAL SEHGAL, | **NOTICE OF SETTLEMENT** |
| | |
| Plaintiff, | Pre-trial Conference |
| | Date: January 26, 2010 |
| vs. | Time: 2:00 p.m. |
| | Place: Courtroom 1575 |
| SUNITA BIRING, TRUSTEE OF THE | 255 East Temple Street |
| BIRING INTERVIVOS TRUST FOR | Los Angeles, CA |
| SUNITA BIRING, and DOES 1 through | |
| 100, inclusive, | |
| | |
| Defendants. | |

In re Manmohan Singh Biring            -1-            NOTICE OF SETTLEMENT
Case No. 2:07-bk-21006-SB

TO THE HONORABLE SAMUEL L. BUFFORD, UNITED STATES BANKRUPTCY JUDGE:

The parties are pleased to report that a global settlement has been reached between the litigants. Settlement paperwork is circulating. This will resolve all claims for relief.

Respectfully submitted,

DATED: December 29, 2009        BOVITZ & SPITZER and
                                TREDWAY, LUMSDAINE & DOYLE, LLP


                                By: _____
                                    J. SCOTT BOVITZ
                                    Attorneys for Arunpal Sehgal,
                                    Plaintiff



DATED: December 29, 2009        LAW OFFICE OF DAVID A. TILEM


                                By: _____
                                    BARRY R. WEGMAN
                                    Attorneys for Sunita Biring, etc.,
                                    Defendants


900\12289.P3

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 880 W. First Street, Suite 502, Los Angeles, CA 90012-2430.

A true and correct copy of the foregoing document described as **NOTICE OF SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. As of December 29, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Barry R. Wegman on behalf of Defendant Sunita Biring, barrywegman@tilemlaw.com; malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com
J. Scott Bovitz on behalf of Plaintiff Arunpal Sehgal, bovitz@bovitz-spitzer.com
U.S. Trustee, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 29, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Samuel L. Bufford, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012
Roy J. Jimenez, RJimenez@tldlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 29, 2009 | GLENDA PERL | *Glenda Perl* (signature) |
|---|---|---|
| Date | Type Name | Signature |